SEBASTIANO GRACO, Respondent, *v.* BRADLEY CONTRACTING COMPANY, Appellant.

Appeal from a judgment, entered upon a verdict, and also from order denying motion for new trial.

PER CURIAM: The facts proven on the trial do not sustain the cause of action as alleged in the complaint. The judgment and order appealed from must be reversed and a new trial ordered, with costs to the appellant to abide event. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ. Judgment and order reversed, new trial ordered, costs to appellant to abide event.

---

MARY T. PALMA, Respondent, *v.* THE TOWN OF NORTH HEMPSTEAD, Appellant. (Appeal No. 2.)

WALTER W. HOFFMAN, Respondent, *v.* THE TOWN OF NORTH HEMP-STEAD, Appellant. (Appeal No. 2.)

*Practice — striking out complaint.*

Appeal from orders of the Supreme Court, entered in the New York county clerk's office on the 31st day of August, 1915, denying defendant's motion to strike out further amended complaints on the ground that they do not conform to the order requiring them to be served.

SCOTT, J.: In each of these cases an order was made on May 6, 1915, requiring the plaintiff to serve a further amended complaint and specifying with particularity the manner in which the complaints formerly served must be amended. That order was not appealed from, and stands operative and in full force and effect. The defendant was required by the order to accept, after plaintiffs were in default, amended complaints which fell far short of conformity to the order requiring them to be served. We have held, upon another appeal, that defendant should not have been required to receive the proposed amended complaints. (170 App. Div. 512.) It follows that the present motions to strike them out should have been granted. The order appealed from is, in each case, reversed, with ten dollars costs and disbursements, and motions granted, with ten dollars costs. Ingraham, P. J., McLaughlin, Clarke and Smith, JJ., concurred. Order in each case reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

---

JOHN F. DIETERICH, Appellant, *v.* J. & M. HAFFEN BREWING COMPANY, Respondent, Impleaded with Another.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 26th day of February, 1915, granting a motion for a bill of particulars.

PER CURIAM: The order appealed from is modified by eliminating the provision requiring the plaintiff to serve a bill of particulars with respect to what caused the timber to fall, demand No. 7, and as so modified affirmed, with ten dollars costs and disbursements to the respondent. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ. Order modified as stated in opinion, and as modified affirmed, with ten dollars costs and disbursements to respondent. Order to be settled on notice.